FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2009 JAN -9 P 3: 24

CAMI A. MAPEL,

        **Plaintiff,**

vs.                                      CASE NO. 3:08-cv-13-J-20HTS

SWH CORPORATION,

        **Defendant.**
_____/

## O R D E R

This matter is before this Court on the parties Joint Stipulation of Dismissal with Prejudice (Dkt. 26).

Accordingly it is **ORDERED** and **ADJUDGED**:

The above case is hereby **DISMISSED with prejudice.**

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of January, 2009.

                                                HARVEY E. SCHLESINGER
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Donald E. Pinaud, Jr., Esq.
Erika Young, Esq.
Alex Drummond, Esq.